**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | **MDL DOCKET NO. 4:03-CV-1507-BRW** |
| **IN RE:** | : |  |
| **PREMPRO PRODUCTS LIABILITY** | : |  |
| **LITIGATION** | : | **CASES EXHIBIT A** |

## ORDER

Pending are the generic drug manufacturer defendants' motions for judgment on the pleadings under Federal Rule of Civil Procedure 12(c). However, I intend to consider matters outside the pleadings[1] when addressing the motions, so the motions must be treated as motions for summary judgment.[2]

Accordingly, by 5 p.m., Monday, May 20, 2013, Plaintiff must provide all additional evidence that she claims support the causes of action in her amended complaint against the generic drug manufacturers. I believe that two weeks is sufficient time since discovery has been ongoing for ten years and my September 2012 Order directed that Plaintiff provide specific factual allegations -- at this point, Plaintiff should have the evidentiary support for any allegations in her amended complaint.

The supplement should provide supporting evidence for Plaintiff's allegations rather than prose. Generic allegations without evidentiary support are insufficient at this point.

IT IS SO ORDERED this 6th day of May, 2013.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]For example, on April 1, I requested that Plaintiff provide me with the FDA's letter from 2000 mentioned in the Amended Complaint. In response, Plaintiff provided several documents.

[2]Federal Rule of Civil Procedure 12(d) reads: "If, on a motion under 12(b)(6) or 12(c) matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56. All parties must be given a reasonable opportunity to present all the material that is pertinent to the motion."

**EXHIBIT A**

4:04-cv-00717-BRW  Lund v. Wyeth, et al
4:04-cv-00723-BRW  Gallegos v. Wyeth
4:04-cv-01223-BRW  Alexander et al v. Wyeth LLC et al
4:04-cv-01294-BRW  Cheltra v. Wyeth, et al
4:04-cv-01308-BRW  Banard, et al v. Wyeth, et al

4:05-cv-00075-BRW  Clouser v. Wyeth, et al
4:05-cv-00146-BRW  Lee v. Wyeth, et al
4:05-cv-00206-BRW  Posey et al v. Wyeth et al
4:05-cv-00253-BRW  Palomo, et al v. Wyeth, et al
4:05-cv-00396-BRW  Daly v. Wyeth, et al

4:05-cv-00558-BRW  Andenoro, et al v. Wyeth, et al
4:05-cv-00598-BRW  Paquin, et al v. Wyeth, et al
4:05-cv-00614-BRW  Campbell v. Wyeth, et al
4:05-cv-00697-BRW  Spicer v. Wyeth, et al
4:05-cv-00910-BRW  Wilkerson v. Wyeth Inc, et al

4:05-cv-01366-BRW  Cain v. Pharmacia a Upjohn Company LLC et al
4:05-cv-01433-BRW  Bowling et al v. Wyeth et al
4:05-cv-01573-BRW  Beaver v. Wyeth et al
4:05-cv-01575-BRW  Miller v. Wyeth et al
4:05-cv-01793-BRW  Keener v. Pfizer Inc et al

4:05-cv-01896-BRW  Johnson v. Wyeth et al
4:06-cv-00079-BRW  Hinkle v. Wyeth et al
4:06-cv-00160-BRW  Giambrone v. Wyeth et al
4:06-cv-00294-BRW  Ridgeway et al v. Wyeth et al
4:06-cv-00430-BRW  Dudley v. Wyeth et al

4:06-cv-00443-BRW  Plowman et al v. Wyeth et al
4:06-cv-00493-BRW  Bolton et al v. Wyeth et al
4:06-cv-00722-BRW  Moffett v. Wyeth et al
4:06-cv-00800-BRW  Thomas v. Wyeth et al
4:06-cv-00821-BRW  Goldberg v. Wyeth et al

4:06-cv-00879-BRW  Russell et al v. Vivelle Ventures LLC et al
4:06-cv-00916-BRW  Lyons v. Wyeth et al
4:06-cv-00938-BRW  Wright v. Wyeth et al
4:06-cv-01022-BRW  Black v. Wyeth et al
4:06-cv-01048-BRW  Goodman v. Wyeth et al

2

4:06-cv-01120-BRW  White-Brown v. Wyeth et al
4:06-cv-01127-BRW  Wojcik v. Wyeth et al
4:06-cv-01165-BRW  Cavaliere v. Wyeth et al
4:06-cv-01224-BRW  Bradley v. Wyeth et al
4:06-cv-01339-BRW  Kinser v. Wyeth et al

4:06-cv-01345-BRW  Clement et al v. Wyeth et al
4:06-cv-01398-BRW  Puzzuole v. Wyeth et al
4:06-cv-01438-BRW  Zimmerman v. Wyeth et al
4:06-cv-01443-BRW  Johnson v. Wyeth et al
4:06-cv-01455-BRW  Neubarth v. Wyeth et al

4:06-cv-01488-BRW  Roseman v. Wyeth et al
4:06-cv-01502-BRW  Rosenbloom et al v. Wyeth et al
4:06-cv-01506-BRW  Balis et al v. Wyeth et al
4:06-cv-01516-BRW  Schultz v. Wyeth et al
4:06-cv-01564-BRW  Sayers v. Wyeth et al

4:06-cv-01617-BRW  Koch v. Wyeth et al
4:06-cv-01650-BRW  Chambers v. Wyeth et al
4:06-cv-01679-BRW  Rittenberry v. Wyeth et al
4:07-cv-00095-BRW  Williams et al v. Wyeth et al
4:07-cv-00419-BRW  Tangman et al v. Wyeth et al

4:07-cv-00478-BRW  Harding v. Wyeth et al
4:07-cv-00558-BRW  Dale v. Wyeth et al
4:07-cv-00731-BRW  Irwin et al v. Wyeth et al
4:08-cv-00402-BRW  Kielty v. Wyeth et al
4:08-cv-00462-BRW  Okon v. Wyeth et al

4:08-cv-00699-BRW  Draper et al v. Wyeth et al
4:08-cv-00864-BRW  Barnes v. Wyeth et al
4:08-cv-01393-BRW  Fisher v. Wyeth et al
4:08-cv-01687-BRW  Peterson v. Wyeth et al
4:08-cv-01848-BRW  Weaver v. Barr Pharmaceuticals Inc et al

4:08-cv-01999-BRW  Weaver v. Wyeth et al
4:08-cv-02116-BRW  Blaisdell v. Wyeth et al
4:08-cv-02313-BRW  Weaver v. Wyeth et al
4:08-cv-02314-BRW  Kropf v. Wyeth et al
4:08-cv-02388-BRW  McCarthy v. Wyeth Pharmaceuticals Inc et al

4:08-cv-02413-BRW  Cook v. Wyeth et al
4:08-cv-03119-BRW  Estell v. Wyeth et al
4:08-cv-03121-BRW  Reed v. Pfizer Inc et al
4:08-cv-03167-BRW  Bumpas v. Wyeth et al
4:08-cv-03178-BRW  Johann v. Wyeth et al

4:08-cv-03207-BRW  McLain v. Wyeth et al
4:08-cv-03211-BRW  Haupert v. Wyeth et al
4:08-cv-03213-BRW  Weinfurtner v. Wyeth et al
4:08-cv-03631-BRW  Alvarran et al v. Wyeth, et al
4:08-cv-03677-BRW  Burton et al v. Wyeth, et al

4:08-cv-03699-BRW  Hennin v. Wyeth Inc et al
4:08-cv-03723-BRW  Cornell v. Wyeth, et al
4:08-cv-03777-BRW  Goodman et al v. Wyeth, et al
4:08-cv-03833-BRW  Humphreys v. Wyeth, et al
4:08-cv-03905-BRW  Mayo et al v. Wyeth, et al

4:08-cv-03913-BRW  Roy et al v. Wyeth, et al
4:08-cv-03923-BRW  Saunders et al v. Wyeth, et al
4:08-cv-03927-BRW  Scarbro et al v. Wyeth, et al
4:08-cv-03932-BRW  Scott et al v. Wyeth, et al
4:08-cv-03985-BRW  Mitchelll v. Wyeth, et al

4:08-cv-04017-BRW  Utt et al v. Wyeth, et al
4:08-cv-04087-BRW  Poe et al v. Wyeth, et al
4:09-cv-00103-BRW  Huff v. Barr Laboratories Inc et al
4:09-cv-00741-BRW  Frambs v. Wyeth et al
4:10-cv-00291-BRW  Turk v. Wyeth et al

4:10-cv-00350-BRW  Banks v. Wyeth LLC et al
4:10-cv-00370-BRW  Steele et al v. Wyeth et al
4:10-cv-00461-BRW  Slaton v. Wyeth LLC et al
4:10-cv-00475-BRW  Hart et al v. Wyeth LLC et al
4:10-cv-00478-BRW  Evosevich et al v. Wyeth LLC et al

4:10-cv-00569-BRW  Williams v. Wyeth LLC et al
4:10-cv-00609-BRW  Walther v. Wyeth LLC et al
4:10-cv-00656-BRW  Wilson v. Wyeth LLC et al
4:10-cv-00823-BRW  Kirchhoff v. Wyeth LLC et al
4:10-cv-00912-BRW  Jacquemart v. Wyeth LLC et al

4:10-cv-00921-BRW  Bussart v. Wyeth LLC et al
4:10-cv-00922-BRW  Moore v. Wyeth LLC et al
4:10-cv-00923-BRW  Meranto v. Wyeth LLC et al
4:10-cv-00926-BRW  Fields v. Wyeth LLC et al
4:10-cv-00935-BRW  Wood v. Wyeth LLC et al

4:10-cv-00941-BRW  Mangan v. Wyeth LLC
4:10-cv-00955-BRW  Provasnik v. Wyeth Inc et al
4:10-cv-00988-BRW  Anglin v. Wyeth LLC et al
4:10-cv-00989-BRW  Dahlman v. Wyeth LLC et al
4:10-cv-01018-BRW  Raatz v. Wyeth LLC et al

4:10-cv-01029-BRW   Beylen v. Wyeth LLC et al
4:10-cv-01030-BRW   Contreras v. Wyeth LLC et al
4:10-cv-01034-BRW   Howard v. Wyeth LLC et al
4:10-cv-01035-BRW   Stanionis v. Wyeth LLC et al
4:10-cv-01039-BRW   Gilmore v. Wyeth LLC et al

4:10-cv-01040-BRW   Crane v. Wyeth LLC et al
4:10-cv-01046-BRW   Meiller v. Wyeth LLC
4:10-cv-01060-BRW   Sain v. Wyeth LLC et al
4:10-cv-01061-BRW   Struckmann v. Wyeth LLC et al
4:10-cv-01080-BRW   Dasen v. Wyeth LLC et al

4:10-cv-01267-BRW   Owens et al v. Wyeth LLC et al
4:10-cv-01272-BRW   Mosely v. Wyeth LLC et al
4:11-cv-00203-BRW   Whatley et al v. Wyeth LLC et al
4:11-cv-00787-BRW   Riegle et al v. Wyeth LLC et al